CASE 46—PETITION EQUITY—DECEMBER 15.

# Fitzgerald v. Jones.

APPEAL FROM JEFFERSON CIRCUIT COURT, LAW AND EQUITY DIVISION.

The opinion in Cook v. Jones, p. 283, referred to and adopted as the opinion in this case.

MATT. O'DOHERTY FOR APPELLANT.

No brief in record.

HUMPHREY & DAVIE FOR APPELLEE.

See points and authorities in Cook v. Jones, p. 283.

JUDGE HAZELRIGG DELIVERED THE OPINION OF THE COURT.

The principles governing this case have just been determined by this court in the case of Cook v. Jones, p. 283.

The appellant was in possession of a lot of ground, under a lease of the Louisville Coffin Company, from the appellant Jones. She was one of the Fourth street tenants. Besides some additional proof of the assurances and agreement of the agent, Pope, to renew the leases for the Fourth street tenants, the written authority of Dr. Pope, executed in 1891, to act as agent for Jones, is produced in this case and reads as follows:

"THURSDAY, October 29.

"This is to certify that Dr. Curran Pope, of Louisville, Kentucky, is my agent, and has full powers to act in my behalf, the same as his late father, Judge Alfred T. Pope.

"(Signed)      SAMUEL H. JONES
                  and  .
"ELIZABETH  D.  JONES."

The opinion in the case named is referred to and adopted as the opinion in this case. The appellant is entitled to hold the premises occupied by her in virtue of the option deemed to have been exercised by her, by which her lease was renewed for five years from January 1, 1893.

The judgment is reversed, with directions to dismiss the proceeding.